IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III ,

      Petitioner,                            ORDER

v.

                                    Case No.  16-cv-589-bbc

UNITED STATES CONGRESS,

      Respondent.

Petitioner Chris J. Jacobs, III has filed a pleading which appears to be a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 20, 2016.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 26, 2016 through the date of the petition, August 26, 2016.

ORDER

IT IS ORDERED that:

       1.      Petitioner Chris J. Jacobs, III may have until September 20, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 20, 2016, I will assume that petitioner wishes to withdraw this petition.

Entered this 29th day of August, 2016.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge