IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 16-cv-589-bbc

UNITED STATES CONGRESS,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Chris J. Jacobs, III for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

| /s/ | 2/8/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |